IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE


IN RE:

| | | |
|---|---|---|
| TRACEY LOPEZ, | ) | Bk. Case No: 10-13316(BLS) |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

## ORDER TO PAY UNCLAIMED FUNDS INTO COURT
## AND DISALLOW BALANCE OF CLAIM AS ABANDONED(CLAIM #9)

**IT IS ORDERED** that the Chapter 13 Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of Three Hundred Forty Three Dollars and Twenty Seven Cents ($343.27) to the Clerk, United States Bankruptcy Court for the District of Delaware, and

**IT IS FURTHER ORDERED**, that the balance of claim #9 is deemed abandoned and disallowed.


United States Bankruptcy Judge


Dated this 29th day of September, 2016.