IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

TRACEY LOPEZ
Debtor.

: Bk. Case No: 10-13316 (BLS)
:
: Chapter 13

**ORDER**

**AND NOW,** this 7th day of Dec, 2016, after appropriate notice and hearing of the Chapter 13 Trustee's Interim Account, Declaration of Full Performance, and Request for Discharge of Debtor and Entry of Order Deeming any Mortgage Current,

**IT IS ORDERED,** that the Interim Account is approved and the Debtor is entitled to a Discharge; and

**IT IS FURTHER ORDERED,** that the Debtor is deemed current on all applicable mortgage claims as of the date of the Interim Account: and

**IT IS FURTHER ORDERED,** that pursuant to 11 U.S.C. Sec. 1328(a)(1) the Debtor shall not be discharged from applicable mortgage claims if any due after the date of the Interim Account.

[signature]

United States Bankruptcy Judge

# United States Bankruptcy Court
## FOR THE
## DISTRICT OF DELAWARE

IN RE: TRACEY LOPEZ
4 FORDHAM AVENUE
NEW CASTLE, DE 19720

Case No.: 10-13316 BLS-13

# INTERIM REPORT
## DATED: November 3, 2016
## COMPLETE(HOLD TO CLEAR)

Pursuant to Federal Rule of Bankruptcy Procedure 2015 (c), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. A summary of these detailed records is set forth below:

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of the creditors. $20012.52

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | DUE | BALANCE |
|---|---|---|---|---|---|---|---|
| 001 | AMERICAN INFOSOURCE LP | UNSECURED | 651.70 | 337.27 | | 0.00 | 0.00 |
| 002 | JEFFERSON CAPITAL SYSTEM LLC | UNSECURED | 403.22 | 208.68 | | 0.00 | 0.00 |
| 003 | DELMARVA POWER | UNSECURED | 663.38 | 343.32 | | 0.00 | 0.00 |
| 004 | MIDLAND FUNDING, LLC | UNSECURED | 395.71 | 204.79 | | 0.00 | 0.00 |
| 005 | FRIENDLY FINANCE CORP. | SECURED VEHICLE | 14411.00 | 14411.00 | | 0.00 | 0.00 |
| 006 | EAST BAY FUNDING, LLC | UNSECURED | 1157.72 | 599.15 | | 0.00 | 0.00 |
| 007 | MIDLAND FUNDING, LLC | UNSECURED | 1253.63 | 648.79 | | 0.00 | 0.00 |
| 008 | MIDLAND FUNDING, LLC | UNSECURED | 738.75 | 382.32 | | 0.00 | 0.00 |
| 009 | UNITED CREDIT RECOVERY, LLC | UNSECURED | 0.00 | 343.27 | | 0.00 | 0.00 |
| 010 | MIDLAND CREDIT MANAGEMENT, INC | UNSECURED | 721.68 | 373.49 | | 0.00 | 0.00 |
| 011 | LVNV FUNDING LLC | UNSECURED | 928.74 | 480.65 | | 0.00 | 0.00 |
| 020 | SCHOOLSIDE APTS | NOT FILED PRIORITY | 0.00 | | 0.00 | 0.00 | 0.00 |
| 100 | A-1 COLLECTION | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 | 0.00 |
| 101 | ACE CASH EXPRESS | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 | 0.00 |
| 102 | NEMOURS CENTRAL BUSINESS OFFICE | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 | 0.00 |
| 103 | ALLIANCE ASSET MGT. | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 | 0.00 |
| 104 | CBE GROUP | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 | 0.00 |

Claims continued on next page

| | |
|---|---|
| REFUND CLOSED CASE | 524.54 |
| UNSECURED | 3921.73 |
| SECURED VEHICLE | 14411.00 |
| TRUSTEE COMMISSION | 1155.25 |
| TOTAL DISBURSEMENTS | 20012.52 |

ATTORNEY : OWN ATTORNEY
DATE FILED : 10-13-10
DATE CONFIRMED : 03-21-11
DATE TERMINATED :

/s/ Michael B. Joseph
TRUSTEE

Additional Schedule of Claims

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| 105 | COMCAST CABLEVISION | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 106 | DOCTORS FOR EMERGENCY SERVICES | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 107 | FAMILY CARE ASSOCIATES | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 108 | GLENN ASSOC./MID ATLANTIC | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 109 | GLASGOW MEDICAL ASSOC. | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 110 | NIEVA DUGUE | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | PAPASTRAVOS ASSOC. | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 112 | PUBLISHERS CLEARINGHOUSE | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 113 | PUBLISHERS CLEARINGHOUSE | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | SOURCEITONE LLC | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 115 | 500 FAST CASH | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |

United States Bankruptcy Court
District of Delaware

In re:
Tracey Lopez
Debtor

Case No. 10-13316-BLS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0311-1 User: MLopez Page 1 of 1 Date Rcvd: Dec 07, 2016
Form ID: pdf001 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2016.
db +Tracey Lopez, 810 E. Basin Rd., Apt. D-5, New Castle, DE 19720-4245
tr Michael B. Joseph - Chapter 13 Trustee, 824 Market Street, P.O. Box 1351, Wilmington, DE 19899-1351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty* Michael B. Joseph - Chapter 13 Trustee, 824 Market Street, P.O. Box 1351, Wilmington, DE 19899-1351
TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2016 at the address(es) listed below:
Michael B. Joseph - Chapter 13 Trustee on behalf of Trustee Michael B. Joseph - Chapter 13 Trustee mjoseph@ch13de.com, chapter13@ch13de.com
Michael B. Joseph - Chapter 13 Trustee mjoseph@ch13de.com, chapter13@ch13de.com
Michael P. Morton on behalf of Creditor Schoolside Apartments, LLC mpmpa@aol.com, DZerbato@michaelpmorton.com;csaitis@michaelpmorton.com
Seth J. Reidenberg on behalf of Creditor Friendly Finance Corporation sreidenberg@trplaw.com, lmayse@trplaw.com
U.S. Trustee USTPRegion03.WL.ECF@USDOJ.GOV
TOTAL: 5